IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| POT-NETS LAKESIDE, LLC, | § | |
| | § | No. 309, 2024 |
| Appellant Below, | § | |
| Appellant, | § | Court Below: Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | C.A. No.: S22A-10-001 |
| LAKESIDE COMMUNITY | § | |
| HOMEOWNERS ASSOCIATION, | § | |
| INC., | § | |
| | § | |
| Appellee Below, | § | |
| Appellee. | § | |

Submitted: May 14, 2025
Decided: July 1, 2025

Before **SEITZ**, Chief Justice; **TRAYNOR**, and **LEGROW**, Justices.

## **ORDER**

This 1st day of July, 2025, upon consideration of the parties' briefs and the record below, we find it evident that the judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in its July 23, 2024 Memorandum Opinion and Order.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Abigail M. LeGrow*
Justice